IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GWEN T. SAMUELS,**

    **Plaintiff,**

vs.                                           No. CIV 21-586 KRS

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration,**

    **Defendant.**

## ORDER GRANTING EXTENSION OF TIME FOR ANSWER

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time to File Answer (Doc. 10), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including November 16, 2021.

_____
KEVIN R. SWEAZEA
Chief United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted November 15, 2021*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved November 15, 2021*
BENJAMIN EILERS DECKER
Attorneys for Plaintiff