IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GWEN T. SAMUELS,
      Plaintiff,

vs.                                          CIV NO. 1:21-cv-00586-KRS

KILOLO KIJAKAZI,
**Acting Commissioner of Social Security,**
      Defendant.

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 22) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until June 13, 2022, to file a response, and Plaintiff shall have until June 27, 2022, to file a reply.

                                                        _____
                                                        HONORABLE KEVIN R. SWEAZEA
                                                        United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved*
BENJAMIN DECKER
Attorney for Plaintiff