# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GWEN T. SAMUELS,

      Plaintiff,

      vs.                                      CIV No. 1:21-0586 KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

      Defendant.

## **ORDER OF REMAND**

Defendant, the Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case for further administrative proceedings. (Doc. 25). After reviewing Plaintiff's case, the Commissioner submits that remand is warranted. (*Id.*). Plaintiff does not oppose the requested relief. (*Id.*).

To remand under sentence four of 42 U.S.C. § 405(g), however, the Court must review the record and determine whether the ALJ's decision is supported by substantial evidence, or whether the ALJ correctly applied the law relevant to the disability claim. *Nguyen v. Shalala*, 43 F.3d 1400, 1403 (10th Cir. 1994). If not, reversal is appropriate.  *Id.*

Having reviewed the record in light of the issues Plaintiff raised in her Motion to Remand, the Court finds that the ALJ's decision is not supported by substantial evidence and that the ALJ did not apply the correct legal standards in determining that Plaintiff is not disabled. Therefore, pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand under sentence four of 42 U.S.C. § 405(g), this Court hereby reverses the

Commissioner's decision and remands this matter to the Commissioner. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Upon remand, the agency will reconsider Plaintiff's claim.

Dated this 2nd day of June, 2022.

**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**